# United States District Court

WESTERN DISTRICT OF WASHINGTON

SARA LEA NOYES,

            PLAINTIFF,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security.

            DEFENDANT,

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-5102FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is AFFIRMED.

October 2, 2009

                          BRUCE RIFKIN
                                        Clerk

                               /s/  Pat LeFrois

                                       Deputy Clerk